DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MARQUIS STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2171

————————————————

December 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County, G. Gregory Green, Judge.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.